Case 2:16-cv-00538   Document 6   Filed in TXSD on 01/03/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 03, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| D2 EXCAVATING, INC., § § Plaintiff, § § VS. § § THOMPSON THRIFT CONSTRUCTION, § INC., *et al*, § § Defendants. § | CIVIL ACTION NO. 2:16-CV-538 |

## **ORDER**

The Court has received the Notice of Removal (D.E. 1), which is deficient in that there is No Docket Sheet from State Court (LR81.4), No Index of Matters Being Filed (LR81.5), and No List of all Counsel of Record, including addresses, telephone numbers and parties represented (LR81.6) attached.  Defendant is permitted three (3) days to cure the deficiency.  Failure to cure the deficiency will result in the Notice of Removal being stricken.

ORDERED this 3rd day of January, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE